■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD MACK, Appellant. [651 NYS2d 907] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered December 12, 1994, convicting him of robbery in the first degree (three counts) and petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant argues, among other things, that the court's *Sandoval* ruling (*People v Sandoval*, 34 NY2d 371) was improper because it allowed the People to use evidence of pending charges against the defendant in violation of his right against self-incrimination (*see, People v Betts*, 70 NY2d 289). We disagree. The court's ruling was to allow the People to adduce proof concerning the pending charges as substantive evidence on the issue of identity as permitted under *People v Molineux* (168 NY 264), due to the similarity in modus operandi (*see, People v Keller*, 215 AD2d 502), and the defendant does not challenge the propriety of that ruling. The court never ruled that this evidence could be used on the issue of credibility (*compare, People v Betts, supra*).

The defendant's remaining contentions are without merit. Bracken, J. P., Pizzuto, Santucci and Friedmann, JJ., concur.